■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SOKOL, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of petit larceny.) Present — Williams, P. J., Bastow, Goldman, McClusky, and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO D'ANGELO, Appellant.— Order unanimously modified to provide that the appellant's motion to withdraw the application for a writ of error coram nobis without prejudice be granted, and as modified affirmed. Memorandum: The appellant's attorney having been discharged, the County Court in the exercise of a proper discretion should have granted the motion for permission to withdraw the pending application. (Appeal from order of Onondaga County Court denying defendant's motion, after a hearing, to set aside a judgment entered May 1, 1950, convicting him of assault, second degree, robbery, first degree, and kidnapping.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.